**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 28, 2023
Nathan Ochsner, Clerk

In Re: CA Logistics, LLC

**Debtor(s)**

Case No.: 21–33782

Chapter: 7

## *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Allison D Byman is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 3/28/23

_____
Jeffrey P. Norman
United States Bankruptcy Judge